FILED
02 AUG 26 PM 2:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| STATE NATIONAL INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> SHIRLEY GUTHRIE, et al., <br><br> Defendants. <br><br> UNITED STATES FIRE INSURANCE COMPANY, <br><br> Intervenor defendant. | CIVIL ACTION NO. <br> 02-AR-0837-J |



ENTERED
AUG 2 6 2002

## MEMORANDUM OPINION

On May 13, 2002, this court entered an order continuing motions to dismiss "until 4:30 p.m., August 23, 2002, or until the court is informed that the state court has ruled on all questions presented to it, whichever first occurs." The court has not been informed as to what, if anything, has transpired in the state court in which the underlying case is pending, and August 23, 2002, has passed. Under the circumstances, the court exercises its considerable discretion under the Declaratory Judgment Act to decline jurisdiction in deference to the state court. Although defendant, Billy Wright, has not filed a motion to dismiss or otherwise appeared, there would be no purpose to be served by retaining jurisdiction over the action as against Wright, when the insurance coverage issues are to be resolved elsewhere.



A separate order of dismissal without prejudice will be entered.

DONE this 26th day of August, 2002.

William M. Acker
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE